IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                          CHAPTER 13

RAFAEL GONZALEZ AKA RAFAEL GONZALEZ,
SR. NITZA M. GONZALEZ AKA NITZA                 CASE No. 20-11487-RAM
GONZALEZ


              DEBTORS
_____/

## NOTICE OF APPEARANCE

April Hosford Stone of Tromberg Law Group, LLC. files this appearance as attorney for Bank of America, N.A. in connection with 10399 N.W. 128 TERRACE, HIALEAH GARDENS, FL 33018, loan number XXXXX0010, in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties-in interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Fed.R. Bankr. P 2002(g), request that the following be added to the Court's master mailing list.

                                        **Tromberg Law Group, LLC.**

                                    **BY:** /s/ April Hosford Stone
                                        Attorney for Secured Creditor
                                        1515 South Federal Highway, Suite 100
                                        Boca Raton, FL 33432
                                        Telephone #: 561-338-4101
                                        Fax #: 561-338-4077
                                        FBN 0091388
                                        ecf@tromberglawgroup.com
                                        astone@tromberglawgroup.com

Our Case #: 20-000166-PLR\20-11487-RAM\BOA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2020, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Robert Sanchez, Esq.
355 W 49th St
Hialeah, FL 33012
court@bankruptcyclinic.com

U.S. Trustee Southern District of Florida
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Nancy K. Neidich
POB 279806
Miramar, FL 33027
e2c8f01@ch13miami.com

and on February 5, 2020, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Rafael Gonzalez aka Rafael Gonzalez, Sr.
10399 NW 128th Terrace
Hialeah Gardens, FL 33018

Nitza M. Gonzalez aka Nitza Gonzalez
10399 NW 128th Terrace
Hialeah Gardens, FL 33018

Our Case #: 20-000166-PLR\20-11487-RAM\BOA

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

        **Tromberg Law Group, LLC.**

        **BY:** /s/ April Hosford Stone
        Attorney for Secured Creditor
        1515 South Federal Highway, Suite 100
        Boca Raton, FL 33432
        Telephone #: 561-338-4101
        Fax #: 561-338-4077
        FBN 0091388
        ecf@tromberglawgroup.com
        astone@tromberglawgroup.com