| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 20-11487-RAM<br>Southern District of Florida<br>Miami<br>Tue Apr 28 11:07:37 EDT 2020 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex/Bankruptcy<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 |
| Bank of America, N.A.<br>c/o Cooling & Winter, LLC<br>7901 SW 6th Court<br>Suite 310<br>Plantation, FL 33324-3283 | Bank of America, NA<br>PO Box 31785<br>Tampa, FL 33631-3785 | Bankunited, National A<br>7815 Nw 148th St<br>Miami Lakes, FL 33016-1554 |
| (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 | CSC Logic/BB&T<br>POB 650657<br>Dallas, TX 75265-0657 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | CarMax Auto Finance<br>225 Chastain Meadows Court Ste 210<br>Kennesaw, GA 30144-5942 |
| CarMax Auto Finance<br>Attn: Bankruptcy<br>Po Box 440609<br>Kennesaw, GA 30160-9511 | Cavalry Portfolio Services<br>Attn: Bankruptcy Department<br>500 Summit Lake Ste 400<br>Valhalla, NY 10595-2322 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chase Bank<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Citi<br>P.O. BOX 6004<br>Sioux Falls, SD 57117-6004 |
| Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 |
| Citibank, N.A.<br>c/o Debski & Associates, P.A.<br>PO Box 47718<br>Jacksonville, FL 32247-7718 | Citibank/Goodyear<br>Citibank Corp/Centralized Bankruptcy<br>Po Box 790034<br>Saint Louis, MO 63179-0034 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |

| | | |
|---|---|---|
| Citicards<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Comenity Bank/El Dorado Furniture<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/Spiegel<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Comenity Bank/Victoria Secret<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitybank/New York<br>Attn: Bankruptcy<br>Po Box 18215<br>Columbus, OH 43218 | Comenitycb/el Dorado<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 | Deptartment Store National Bank/Macy's<br>Attn: Bankruptcy<br>9111 Duke Boulevard<br>Mason, OH 45040-8999 | Dillard?s Card Services/Wells Fargo Bank<br>Attn: Bankruptcy<br>Po Box 10347<br>Des Moines, IA 50306-0347 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 |
| (p)PERI GARITE<br>ATTN CARD WORKS<br>101 CROSSWAYS PARK DR W<br>WOODBURY NY 11797-2020 | Greensky, LLC<br>1797 Northeast Expressway Suite 100<br>Atlanta, GA 30329-2451 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| PCA Acquisition V, LLC<br>PCA Acquisition V, LLC c/o Phillips<br>1002 Justison Street<br>Wilmington, DE 19801-5148 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| State Farm Financial S<br>1 State Farm Plaza<br>Bloomington, IL 61710-0001 | Suntrust Bank/GreenSky<br>Attn: Bankruptcy<br>Po Box 29429<br>Atlanta, GA 30359-0429 | Syncb/Home Design Plus<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/Rooms To Go<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |

| | | |
|---|---|---|
| Synchrony Bank<br>c/o Rausch, Sturm, Israel, Enerson<br>& Hornik, LLC<br>5801 Ulmerton Road, Suite 201<br>Clearwater, FL 33760-3951 | Synchrony Bank / HH Gregg<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 |
| Synchrony Bank/TJX<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony/City Furniture<br>Attn: Bankruptcy<br>Po Box 965004<br>Orlando, FL 32896-5004 | Target<br>Attn: Bankruptcy<br>Po Box 9475<br>Minneapolis, MN 55440-9475 |
| (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | United Consumer Financial Services<br>Attn: Bankruptcy<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | Wells Fargo Bank<br>Mac F823f-02f<br>Po Box 10438<br>Des Moines, IA 50306-0438 |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Nitza M Gonzalez<br>10399 NW 128th Terrace<br>Hialeah Gardens, FL 33018-6008 | Rafael Gonzalez<br>10399 NW 128th Terrace<br>Hialeah Gardens, FL 33018-6008 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Attn: Bankruptcy<br>Po Box 168088<br>Irving, TX 75016 | BB&T<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894 | Bank Of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 |
| (d)Bank of America<br>Attn: Bankruptcy<br>Po Box 982238<br>El Paso, TX 79998 | Bmw Financial Services<br>Attn: Bankruptcy Department<br>Po Box 3608<br>Dublin, OH 43016 | Chase<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |
| (d)Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | First National Bank of Omaha<br>1620 Dodge St Stop Code 3129<br>Omaha, NE 68197 |
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | Tidewater Finance Co<br>Attn: Bankruptcy<br>6520 Indian River Rd<br>Virginia Beach, VA 23464 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)Miami | End of Label Matrix |
| | | Mailable recipients    74 |
| | | Bypassed recipients     2 |
| | | Total                  76 |