UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

    Rafael  Gonzalez                    Case No. 20-11487-RAM
    Nitza M Gonzalez
        Debtor(s).                    Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st Amended Plan was sent to all parties on the attached service list on March 6, 2020.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Rafael Gonzalez & Nitza M Gonzalez
10399 NW 128th Terrace
Hialeah Gardens, FL 33018-6008

All Creditors on the Matrix

                                  Respectfully Submitted:

                                  **ROBERT SANCHEZ, P.A.**
                                  Attorney for Debtor
                                  355 West 49th Street
                                  Hialeah, FL 33012
                                  Tel. 305-687-8008

                                  By:*/s/ Robert Sanchez*_____
                                   Robert Sanchez, Esq., FBN#0442161