**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                   Case No.: 20-11487-RAM
                                                                                         Chapter 13

    Rafael Gonzalez
    Nitza M Gonzalez
              Debtor(s)          /

## OBJECTION TO CLAIM ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| *Claim No.* | *Name of Claimant* | *Amount of Claim* |
|---|---|---|
| *17* | *Bank of America* | *$143,388.30* |

Basis for Objection and Recommended Disposition

On or about March 27, 2020, Creditor filed a secured proof of claim in the amount of $*143,388.30* and an arrearage in the amount of $1,907.22 for a mortgage on 10399 NW 128th Terrace Hialeah Gardens, FL 33018-6008 with an account number ending in 0010. The Debtors assert that they are current witht heir obligation to the Creditor and the Debtors' plan calls for this claim to be paid outside the bankruptcy and directly to the Creditor. Debtors request the claim be allowed as filed, but deemed to be current as stated above, with no distribution from the Chapter 13 Trustee. Furthermore, the Debtors request that no attorney's fees and costs be attributed to the Objection to Confirmation filed at ECF#26 since this claim is current and direct pay.

    **I FURTHER CERTIFY** that I have contacted opposing counsel in an attempt to resolve these issues without a hearing. The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:  June 1, 2020                              Respectfully Submitted:
                                                  Robert Sanchez, P.A.
                                                  355 West 49th Street
                                                  Hialeah, FL 33012
                                                  Fl. Bar No. 0442161
                                                  Telephone: (305) 687-8008
                                                  E-Mail: court@bankruptcyclinic.com

LF-70 (rev. 12/01/09)